No. 38, Misc. HEMMIS *v.* BURKE, WARDEN, ET AL. On petition for writ of certiorari to the Supreme Court of Wisconsin. August 10, 1964. Dismissed pursuant to Rule 60 of the Rules of this Court.

No. 312. WINSTON, TRUSTEE IN BANKRUPTCY *v.* JOHN J. REILLY, INC., ET AL. On petition for writ of certiorari to the Supreme Court of New Hampshire. August 25, 1964. Dismissed pursuant to Rule 60 of the Rules of this Court.

No. 93. GRIMMETT *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. September 8, 1964. Dismissed pursuant to Rule 60 of the Rules of this Court. *John J. Clancy* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 275. SWEDISH AMERICAN LINES *v.* FERRANTE ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. October 1, 1964. Dismissed pursuant to Rule 60 of the Rules of this Court. *James M. Estabrook* for petitioner. *Harvey Goldstein* and *Samuel M. Cole* for respondents. *Leo I. McGough* for Nacirema Operating Co., Inc., in support of the petition.